# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS GARCIA,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69122

FILED

MAR 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this

16-09520

appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal.[1] Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Michelle Leavitt, District Judge
       Paul Padda Law, PLLC
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Appellant's motion for an extension of time to file the fast track statement is denied as moot. The clerk shall return, unfiled, the appendix received on March 3, 2016

[2]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.